UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re

John Parry
Melissa Parry

Debtors
_____/

Case No. 17-40227
Chapter 13
Judge: Tucker

## PROPOSED POST-CONFIRMATION PLAN MODIFICATION

NOW COMES THE DEBTORS, John Parry and Melissa Parry, through their attorney, All County Legal Services, and states that papers have been filed the Court to modify his/her/their Confirmed Chapter 13 Plan as follows:

1. The Debtor's Chapter 13 Plan was confirmed by the Court on June 28, 2017.

2. Debtors are seeking to excuse having to pay in their 2017 and 2018 income tax refunds as they claim that their original attorney did not make them aware that they were required to do so and that the money was needed to be used for paying state taxes owed, to pay the tax preparer and for unexpected home repairs.

3. In greater detail, Debtors the 2017 refund was used to pay the state taxes of $542.00 that they owed for that year, as well as paying the income tax preparer $150.00..

4. Debtor is seeking to excuse having to pay in his 2018 income tax refund of $3,153.00 due to of having to repair the roof which was leaking around a skylight as well as repair a basement leak.

5. Debtors assert that the income tax refunds for 2019, 2020 and 2021 have been recently paid to the Trustee.

6. Therefore, Debtors propose to modify their originally confirmed Plan pursuant to 11 U.S.C. §1329 and LBR 3015-2 (b) as follows:

    a. That Debtors' income tax refunds for the tax years of 2017 and 2018 to be excused from being paid into the plan.

7. The impact of this Plan Modification is as follows:

    a. There will be no adverse impact on Class One and Class Two creditors as the administrative expenses will continue to be paid as before the plan modification.

    b. There will be no adverse impact on Class Three and Class 4 creditors will not be affected as there are none.

    c. There will be no adverse impact on Class 5 Secured Creditors as there are none being paid through the plan.

d. There will be no adverse impact on Class Six, Class Seven and Class Eight unsecured creditors as there are none.

   e. There will be an impact on the Class Nine Unsecured Creditors as the plan is a pot plan and any payments that they would have received under the terms of the original confirmed plan would have been negligible, which is still true under this plan modification.

8. The proposed order, LQA and plan calc are attached as exhibits A, B and C.

Therefore, Debtor proposes to modify her original confirmed Plan pursuant to LBR 3015-2 (b) as follows:

   A. Debtor is requesting that the Debtors' 2017 and 2018 income taxes are excused from being paid into the plan.

   B. Wherefore all other terms of the Order Confirming Plan are to remain in full force and effect.

Dated: May 2, 2022

/s/ Lyle S. Lieberman (P39229)
All County Legal Services
Attorneys for Debtor
1108 W. Eleven Mile
Royal Oak, MI 48067
(248) 559-9529
ecf@allcountylegalservices.com

BSS — Bankruptcy Software Specialists
13Network
ALL COUNTY LEGAL SERVICES LYLE LIEBERMAN  Case Query   Calendar
Tammy L. Terry Detroit MI (dtt)
Enter Case Number, Name, Social Security Number, or @1st Address Line: [Go]
LogOut Now
PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |
Recently Accessed Cases: 17-40227-TJT John Parry

**17-40227-TJT John Parry** (xxx-xx-2102)  47080 Rosemary • • Macomb • MI • 48044  $818.76 BW/  Bar Date(s): 5/8/2017 (has passed) 7/10/2017 (has passed)
**Melissa Parry** (xxx-xx-2459)  47080 Rosemary • • Macomb • MI • 48044  Confirmed: 6/28/2017
Trustee: Tammy L. Terry  Attorney: DAVID H LEWISTON  Case Status: Active, Open Case

The data on these pages has not been audited and is provided for general information only.

57 Month(s) since Confirmation UP = $0.00  TPI = $97,058.06  TPILR = $97,058.06  BOH = $3,746.03  BOH+FEES = $4,094.02

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE, CLs 2** | | | | | | | |
| 1 | DAVID H LEWISTON | $3,570.00 | | | | | | |
| | **ARREARS,** | | | | | | | |
| 2 | SN SERVICING CORPORATION | $5,465.56 | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **LEASE** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **ADM EXP CLAIM** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| | **CONT Lease, Sec or Vehicle,** | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **LEASE or SECURED GAP** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE** | | | | | | | |
| 10 | SN SERVICING CORPORATION | | | | | $996.39 | $2,989.17 | |
| 11 | SN SERVICING CORPORATION | $235.39 | | $235.39 | | | $235.39 | |
| 12 | ADDED CREDITOR | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 16 | QUANTUM3 GROUP LLC | $996.87 | | | 24.9900 | $346.22 | | |
| 17 | ADDED CREDITOR | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE** | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| | **WATER BILL** | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| | **POST PET MORT FEE, EXP, CHRG SUPPL 2** | | | | | | | |
| 24 | SN SERVICING CORPORATION | $350.00 | | | | | | |
| | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 25 | CREDIT UNION ONE | $2,500.00 | | | | $41.67 | | |
| 26 | ADDED CREDITOR | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| | **WATER CLASS 5.1 EMPmts** | | | | | | | |
| 30 | ADDED CREDITOR | | | | | | | |
| 31 | ADDED CREDITOR | | | | | | | |
| | **TAXES CLASS 5.1 EMPmts** | | | | | | | |
| 32 | ADDED CREDITOR | | | | | | | |
| 33 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE ESCROW CONTINUING** | | | | | | | |
| 34 | ADDED CREDITOR | | | | | | | |
| 35 | ADDED CREDITOR | | | | | | | |
| | **ARREARS * REVERSE MORTGAGE** | | | | | | | |
| 36 | ADDED CREDITOR | | | | | | | |
| 37 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.3 EMPmts** | | | | | | | |
| 38 | ADDED CREDITOR | | | | | | | |
| 39 | ADDED CREDITOR | | | | | | | |
| | **NTIS ARREARS** | | | | | | | |
| 40 | ADDED CREDITOR | | | | | | | |
| 41 | ADDED CREDITOR | | | | | | | |
| | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
| 42 | | 27236.04 | | | 22.515 | | $6,132.19 | |

Change Line# 0 [OK]  Plan Terms 3 [Calc]  Unsecured % 22.515 [Calc]  Due to Creditors: $1,088.95  $10,225.96
Restart  In from Debtor: $2,044.00  $10,225.93
Trustee's % 8.5
Lump Sum $ 4,094.02
Delete Line 0 [OK]

**Debtor 1 Pay Schedules**
| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| John Parry | $943.37 | BI-WEEKLY | $ | ? |
| John Parry | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**
| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| Melissa Parry | $0.00 | WEEKLY | $ | ? |

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 175,000.00 | 155,888.00 | 19,112.00 | 19,112.00 | 0.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 4,500.00 | 0.00 | 4,500.00 | 4,500.00 | 0.00 |
| JEWELRY | 800.00 | 0.00 | 800.00 | 800.00 | 0.00 |
| CASH/BANK ACCOUNTS | 626.00 | 0.00 | 626.00 | 626.00 | 0.00 |
| VEHICLES | 16,000.00 | 17,528.00 | 0.00 | 0.00 | 0.00 |
| OTHER (itemize) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Amount available upon liquidation    $    0.00
Less administrative expenses and costs    $    0.00
Less priority claims    $    0.00
Amount Available in Chapter 7    $    0.00

Chapter 13 Model Plan - version 3.0

7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

17-40227-tjt    Doc 2    Filed 01/09/17    Entered 01/09/17 12:46:57    Page 7 of 13

17-40227-tjt    Doc 78    Filed 05/02/22    Entered 05/02/22 14:14:42    Page 4 of 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re

John Parry
Melissa Parry

Case No. 17-40227
Chapter 13
Judge: Tucker

Debtors
_____/

# ORDER APPROVING POST-CONFIRMATION PLAN MODIFICATION

Whereas Debtors have filed a post-confirmation plan modification in this matter, the Court being sufficiently advised in the premises and no objections having been filed or if filed has been ruled upon by this Court as follows:

IT IS HEREBY ORDERED that:

    a. That Debtors' income tax refunds for the tax years of 2017 and 2018 to be excused from being paid into the plan.

    b. All other terms and conditions of the plan shall remain in full force and effect.

EXHIBIT C

United States Bankruptcy Court
Eastern District of Michigan

In re: John Parry
     Melissa Parry

Case No. 17-40227
Chapter 13
Judge Tucker

              Debtor.
_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

    Lyle S. Lieberman
    All County Legal Services
    1108 W. 11 Mile Rd
    Royal Oak, MI 48067

    Trustee
    Tammy L Terry
    Buhl Building
    535 Griswold, Ste 2100
    Detroit, MI 48226

Dated: May 2, 2022

/s/ Lyle S. Lieberman (P39229)
All County Legal Services
Attorney for Debtor
1108 W. 11 Mile Rd
Royal Oak, MI 48067
(248) 559-9529
ecf@allcountylegalservices.com

Revised May 2016

In re  
Case No. 17-40227  
Chapter 13  
John Parry  
Judge: Tucker  
Melissa Parry  

Debtors  
_____/

## CERTIFICATE OF SERVICE

**Alyssa Schneider** under penalty of contempt of court, states that on May 2, 2022, she electronically filed the **Certificate of Service for the Proposed Post-Confirmation Plan Modification, Notice of Deadline to Object to Proposed Chapter 13 Plan Modification, Exhibit A, and Exhibit B and Exhibit C** in said case with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Tammy L. Terry, Trustee**      mieb_ecfadmin@det13.net

**All Registered ECF Users**

**And I certify that I have mailed, on this date, the** Certificate of Service and the Proposed Post-Confirmation Plan Modification, Notice of Deadline to Object to Proposed Chapter 13 Plan Modification, Exhibit A, and Exhibit B **by U.S. Postal Service to the following non-ECF participants:**

**All non-registered ECF users on attached PACER matrix**

/s/ Alyssa Schneider  
Alyssa Schneider  
Paralegal  
All County Legal Services  
Attorneys for Debtor  
1108 W. Eleven Mile  
Royal Oak, MI 48067  
(248) 559-9529  
ecf@allcountylegalservices.com

| Label Matrix for local noticing<br>0645-2<br>Case 17-40227-tjt<br>Eastern District of Michigan<br>Detroit<br>Wed Mar 30 14:12:52 EDT 2022 | Chief Financial Federal Credit Union<br>200 Diversion St<br>Rochester, MI 48307-2207 | Ally Bank<br>POB 9001952<br>Louisville, KY 40290-1952 |
|---|---|---|
| Ally Bank Lease Trust<br>PO Box 130424<br>Roseville MN 55113-0004 | American Anesthesiology of MI<br>POB 1201503<br>Grand Rapids, MI 49528 | Barclays Bank/Priceline<br>POB 60517<br>City of Industry, CA 91716-0517 |
| (p)BEAUMONT HEALTH<br>26901 BEAUMONT BLVD<br>SOUTHFIELD MI 48033-3849 | Beaumont/CBCS<br>POB 16333<br>Columbus, OH 43216-6333 | Best Buy Credit<br>POB 78009<br>Phoenix, AZ 85062-8009 |
| Capital One Bank<br>POB 6492<br>Carol Stream, IL 60197-6492 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Chief Financial C.U.<br>290 Joslyn Ave.<br>Pontiac, MI 48340-2918 | Childrens Hospital/DMC<br>Department 3089<br>Carol Stream, IL 60122-0001 | Christiansen von Wormer<br>POB 36782<br>Grosse Pointe, MI 48236-0782 |
| Comenity/Trek<br>POB 659465<br>San Antonio, TX 78265-9465 | Credit Union Bank<br>16255 Hall Road<br>Macomb, MI 48044-4084 | Credit Union One<br>16255 Hall Road<br>Macomb, MI 48044-4084 |
| Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Dick Huvaere, Inc.<br>67567 S. Main Street<br>Grosse Pointe, MI 48236 | Discover<br>POB 6103<br>Carol Stream, IL 60197-6103 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | First Bank Card<br>POB 2557<br>Omaha, NE 68103-2557 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197-0002 |
| First National Bank of Omaha<br>POB 2557<br>Omaha, NE 68103-2557 | Holzman, Corkery<br>28366 Franklin Road<br>Southfield, MI 48034-5503 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Jared Galleria<br>POB 740425<br>Cincinnati, OH 45274-0425 | Landrover Financial/Chase Bank<br>POB 8074<br>Phoenix, AZ 85066-8074 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |

| | | |
|---|---|---|
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Nationstar Mortgage<br>POB 60516<br>City of Industry, CA 91716-0516 | Nationstar Mortgage LLC<br>PO Box 619094<br>Dallas, TX 75261-9094 |
| Pediatric Anesthesiology<br>POB 67000 Drawer 119901<br>Detroit, MI 48267-0002 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sterling Jewelers Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Rev-1 Solutions/St. John Providence<br>517 US Highway 31 N<br>Greenwood, IN 46142-3932 | Synchrony Bank/Art Van<br>POB 960061<br>Orlando, FL 32896-0061 |
| Synchrony Bank/Lowes<br>POB 530914<br>Atlanta, GA 30353-0914 | Synchrony Bank/Old Navy<br>POB 530942<br>Atlanta, GA 30353-0942 | Synchrony Bank/Toys Us<br>POB 530938<br>Atlanta, GA 30353-0938 |
| TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>POB 60170<br>Dallas, TX 75266 | U.S. Bank Trust National Association as Trus<br>of the Tiki Series III Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 |
| U.S. Bank Trust National Association, as Tru<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 | Adam L. Wiener<br>Law Offices of Adam L. Wiener<br>29501 Greenfield Rd..<br>Suite 112<br>Southfield, MI 48076-5869 | David H. Lewiston<br>30400 Telegraph Rd.<br>Suite 378<br>Franklin, MI 48025-4658 |
| John Parry<br>47080 Rosemary<br>Macomb, MI 48044-2579 | Lyle S. Lieberman<br>1108 W. 11 Mile Rd.<br>Ste. 100<br>Royal Oak, MI 48067-2453 | Melissa Parry<br>47080 Rosemary<br>Macomb, MI 48044-2579 |
| Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Beaumont<br>3450 Stephenson Hwy.<br>Troy, MI 48007 | JPMorgan Chase Bank, N.A.<br>PO Box 901032<br>Fort Worth, TX 76101-2032 | Macys<br>POB 9001108<br>Louisville, KY 40290 |

ortfolio Recovery Associates, LLC
OB 12914
orfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)Credit Union One                (u)JPMorgan Chase Bank, N.A.              (u)Nationstar Mortgage LLC

u)U.S. Bank Trust, N.A.           (d)CHIEF FINANCIAL FEDERAL CREDIT UNION   End of Label Matrix
                                  200 DIVERSION ST                          Mailable recipients    51
                                  ROCHESTER, MI 48307-2207                  Bypassed recipients     5
                                                                            Total                  56